**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-CR-31-JFH |
| | ) | |
| v. | ) | |
| | ) | |
| KELLY DON GIRTY, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF INTENT TO PLEA

COMES NOW Kelly Don Girty, Jr., by and through his counsel, Jarred Jennings, Assistant Federal Public Defender, herby advises the Court of Mr. Girty's intent to plea guilty to Count Two of the Indictment without a plea agreement.

Respectfully submitted April 30, 2024.

> OFFICE OF THE FEDERAL PUBLIC DEFENDER
> Scott A. Graham, Federal Public Defender
>
> By:
>
> *s/ Jarred Jennings*
> Jarred Jennings, OBA #34525
> Assistant Federal Public Defender
> 112 N. 7th St.
> Muskogee, Oklahoma 74401
> Telephone:  (918) 687-2430
> E-mail: Jarred_jennings@fd.org
> Counsel for Mr. Girty

## **CERTIFICATE OF SERVICE**

I certify that on April 30, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Jonathan E. Soverly
Assistant United States Attorney
520 Denison Ave
Muskogee, OK 74401

s/ *Jarred Jennings*
Jarred Jennings
Assistant Federal Public Defender
